**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Garland Miller
In Proper Person
P. O. Box 547
Natchitoches LA 71458

**REHEARING ACTION: January 15, 2014**

**Docket Number: 13   00639-CA**

**GARLAND MILLER**
**VERSUS**
**DESOTO REGIONAL HEALTH SYSTEM, ET AL.**

**Appealed from Sabine Parish Case No. 64,651**

<u>**BEFORE JUDGES**</u>:

      **Hon. John D. Saunders**
      **Hon. Shannon J. Gremillion**
      **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the "Notice and

Motion for Panel Rehearing and for En Banc Hearing" filed by **Garland Miller** has this

day been

      **DENIED.**

cc: Pamela Glynette Nathan, Counsel for the Appellee
    Lisa V. Johnson, Counsel for the Appellee
    Charles David Soileau, Counsel for the Appellee